UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOHN PERIARD,                                                                                       Plaintiff,

v.                                                                                       Civil Action No. 3:15-cv-803-DJH

OCWEN LOAN SERVICING, LLC AND
EXPERIAN INFORMATION SYSTEMS,
INC.,                                                                                                Defendants.

\* \* \* \* \*

## ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 17), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice.  All pending motions are **DENIED** as moot.  All dates and deadlines are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of the date of entry of this Order.  The Court will entertain a motion to redocket the action within thirty (30) days of the date of entry of this Order in the event the settlement is not consummated.

February 10, 2016

**David J. Hale, Judge**
**United States District Court**